Gene H. Shioda, Bar No. 186780
James Alexander Kim, Bar No. 220763
SHIODA & KIM, APLC
5901 West Century Blvd., Suite 750
Los Angeles, California 90045
Telephone: (310) 348-7222
Facsimile: (310) 348-7220
Email: ghs@shiodakim.com
       jak@shiodakim.com

Attorneys for Plaintiff:
John Patrick Riley

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JOHN PATRICK RILEY, an individual, | Case No.: 4:21-cv-06244-JST |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE AFTER SETTLEMENT** |
| CITY OF COTATI, et al., | |
| Defendants. | |

    THE PARTIES TO THIS ACTION, ACTING THROUGH COUNSELS, HEREBY STIPULATE, pursuant to Federal Rules of Civil Procedure 41(a)(2), to Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs, and waiving any right to recover attorneys" fees and costs from any party. The voluntary dismissal is in consideration of a negotiated settlement

1

between Plaintiff and all defendants who have appeared in this action, with a written release executed by plaintiff on May 21, 2022, and subsequently authorized by the Board of Supervisors for the defendant, County of Sonoma.

SO STIPULATED:

Dated: September 20, 2022

/s/_____
James A. Kim,
Gene H. Shioda,
Law Office of Gene H. Shioda
Attorneys for Plaintiff
JOHN PATRICK RILEY.

Dated: September 20, 2022

/s/_____
Dale Allen
Kevin P. Allen
Allen, Glaessner, Hazelwood and Werth
Attorneys for Defendants
CITY OF COTATI; COTATI POLICE DEPARTMENT; MICHAE PARISH; JERRY CUNNINGHAM; and TYLER WARDLE

**ORDER UPON STIPULATION FOR DISMISSAL**

The Joint Stipulation and Order requesting dismissal of this action with prejudice after settlement is approved. The entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

Parties to bear their own fees and costs.

Dated: __October 5__, 2022

_____
United States District Court Judge

3

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AFTER SETTLEMENT**